UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Samarneh, | No. 1:23-cv-00930-KJM-EPG |
| Plaintiff, | ORDER |
| v. | |
| Mercedes-Benz USA, LLC, et al., | |
| Defendants. | |

On May 8, 2025, the court held a hearing on the pending motion for summary judgment in this matter. *See* Mins., ECF No. 50. The parties and the court discussed the California Supreme Court's intervening opinion in *Rodriguez v. FCA US, LLC*, 17 Cal. 5th 189 (2024). *See* Not. Suppl. Auth., ECF No. 45 (giving notice of *Rodriguez* after briefing on the pending summary judgment motion was complete). Plaintiffs' counsel argued the state supreme court's decision did not support defendants' pending motion, among other reasons because the express warranty in this case cannot reasonably be construed as being issued to an authorized Mercedes dealership.

To ensure the parties have a full and fair opportunity to discuss plaintiff's oral argument and the relevant warranty terms, and to ensure the record is complete, the court orders as follows, acting on its own motion:

(1) **Within fourteen days**, plaintiff may file a supplemental opposition to the pending motion for summary judgment. The supplemental opposition must not exceed five

1

pages. It must be limited to counsel's oral argument at hearing that the express warranty in this case cannot reasonably be construed as being issued to an authorized Mercedes dealership.

(2) **Within twenty-eight days**, defendants may file a supplemental reply of no more than five pages. The supplemental reply must be limited to discussing plaintiff's supplemental opposition.

(3) The deadlines in this order will not be changed absent a showing of good cause.

(4) The motion for summary judgment, ECF No. 38, remains pending, and will be submitted for decision automatically when the deadlines above expire.

IT IS SO ORDERED.

DATED: May 15, 2025.

_____
UNITED STATES DISTRICT JUDGE