UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Samarneh,<br><br>            Plaintiff,<br><br>     v.<br><br>Mercedes-Benz USA, LLC, et al.,<br><br>            Defendants. | No. 1:23-cv-00930-KJM-EPG<br><br>ORDER |

On September 8, 2025, the court issued a final pretrial order and granted each party fourteen days to object. Plaintiff Laura Samarneh filed objections; defendant Mercedes-Benz USA, LLC did not.

Samarneh objects that "[m]any of the statements included in the list of 'undisputed facts' are not relevant to Plaintiff's claims or [Defendant's] affirmative defenses." Pl.'s Objs. at 1, ECF No. 62. Samarneh "does not dispute the truth of the statements asserted in the list of undisputed facts," but she "fears that Defendant will use the list of undisputed facts as Court sanctioned 'evidence' to improperly re-argue its Motion for Summary Judgment to the jury or mislead the jury." *Id.* at 2 (emphasis omitted).

Samarneh's objection is **overruled**. She may object at trial if Mercedes attempts to introduce irrelevant or unduly prejudicial evidence or make improper arguments to the jury. The parties also may propose a list of stipulated facts for reading to the jury during trial. The

1

1  previously filed final pretrial order is now final and may be modified "only to prevent manifest
2  injustice." Fed. R. Civ. P. 16(e).
3      IT IS SO ORDERED.
4  DATED: September 16, 2025.

                                              UNITED STATES DISTRICT JUDGE